[No. 18067–3–I. Division One. August 31, 1987.]

ANTHONY A. DADVAR, *Appellant,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–10203–9, Frank L. Sullivan, J., entered February 11, 1986. *Affirmed* by unpublished opinion per Thibodeau, J. Pro Tem., concurred in by Callow and Williams, JJ. Pro Tem.

[No. 18099–1–I. Division One. August 31, 1987.]

JERRY CHIPRUT, ET AL, *Appellants,* v. ARNOLD OLSON, ET AL, *Defendants,* CAROLINA ENTERPRISES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–04036–1, Anne L. Ellington, J., entered February 27, 1986. *Affirmed* by unpublished opinion per Durham, J. Pro Tem., concurred in by Dolliver and Johnsen, JJ. Pro Tem.

[Nos. 18135–1–I; 18414–8–I. Division One. August 31, 1987.]

*In the Matter of the Marriage of* DIANE F. McDONALD, *Respondent, and* EUGENE F. McDONALD, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 84–3–02348–5, Peter K. Steere, J., entered February 25, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Dore, J. Pro Tem., concurred in by Cole and Schultheis, JJ. Pro Tem.